**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **Anastacia Nava Lopez,** | ) | Case No. 15-28918 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: April 28, 2017 |
| | ) | Time: 10:45 a.m. |

## CERTIFICATE OF SERVICE

To:    See Attached Service List

    I, Frank J. Kokoszka, hereby certify that on March 20, 2017, I served a true and correct copy of the **Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR)** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 122 South Michigan on March 20, 2017.

Dated: March 20, 2017                                            Respectfully submitted,

                                                                       By: /s/ *Frank J. Kokoszka*
                                                                            Chapter 7 Trustee

Frank J. Kokoszka, Esq.
ARDC No. 6201436
KOKOSZKA & JANCZUR, P.C.
122 South Michigan Avenue, Suite 1070
Chicago, Illinois 60603-6270
(312) 443-9600 x7861 (phone)
(312) 443-5704 (fax)
trustee@k-jlaw.com

**NEW ADDRESS EFFECTIVE MARCH 24, 2017**

19 South LaSalle Street
Suite 1201
Chicago, Illinois 60603-1419

## SERVICE LIST
## ANASTACIA NAVA LOPEZ

Anastacia Nava Lopez
115 North Rose Avenue
Addison, Illinois 60101-3427

David Ratowicz
**(Via ECF Electronic Notice)**

Office of U.S. Trustee
**(Via ECF Electronic Notice)**

Keith Levy
Manley Deas Kochalski, LLC
P.O. Box 165028
Columbus, OH 43216-5028
**(Via ECF Electronic Notice)**

Capital One, N.A.
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Quantum3 Group, LLC
As agent for Comenity Bank
P.O. Box 788
Kirkland, WA 98083-0788

Di-Tech Financial LLC
2100 East Elliot Road
Bldg. 94 T-120
Tempe, Arizona 85284

St Elizabeth Hospital
1431 N Western Ave
Chicago, IL 60622-1702