# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Anastacia Nava Lopez | § | Case No. 15-28918 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 175,845.00                                Assets Exempt: 33,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,687.28        Claims Discharged
                                                                             Without Payment: 298,580.34

Total Expenses of Administration: 1,579.50

---

3) Total gross receipts of $ 7,266.78  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,266.78  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 252,899.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,579.50 | 1,579.50 | 1,579.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,297.00 | 48,071.62 | 48,071.62 | 5,687.28 |
| **TOTAL DISBURSEMENTS** | $ 256,196.00 | $ 49,651.12 | $ 49,651.12 | $ 7,266.78 |

  4)  This case was originally filed under chapter 13 on  08/24/2015 , and it was converted to chapter 7 on  10/16/2015 .  The case was pending for 19 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  05/08/2017                       By:/s/Frank J. Kokoszka, Trustee
                                                                        Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BMO Harris Checking Account | 1229-000 | 7,266.78 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,266.78** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Caliber Home Loans, In PO Box 24610 Oklahoma City, OK 73124-0610 | | 205,803.00 | NA | NA | 0.00 |
| | Green Tree Servicing L 332 Minnesota St Ste 610 Saint Paul, MN 55101-7707 | | 47,096.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heavner, Beyers & Mihlar LLC 111 East Main Street Decatur, IL 62523-0000 | | 0.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 252,899.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,476.68 | 1,476.68 | 1,476.68 |
| Frank J. Kokoszka | 2200-000 | NA | 5.84 | 5.84 | 5.84 |
| International Sureties, Ltd. | 2300-000 | NA | 2.78 | 2.78 | 2.78 |
| Bank of Kansas City | 2600-000 | NA | 94.20 | 94.20 | 94.20 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,579.50 | $ 1,579.50 | $ 1,579.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank/Carsons 3100 Easton Square Pl Columbus, OH  43219-6232 | | 149.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH  45040-8999 | | 130.00 | NA | NA | 0.00 |
| | Kohl's Capital One N56W17000 Ridgewood Dr Menomonee Falls, WI  53051-5660 | | 931.00 | NA | NA | 0.00 |
| | MIdwest Emergency Dept. Service 320 E Highway 50 O'Fallon, IL  62269-2704 | | 238.00 | NA | NA | 0.00 |
| | Sears/Cbna PO Box 6283 Sioux Falls, SD  57117-6283 | | 1,440.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St Elizabeth Hospital 1431 N Claremont Ave Chicago, IL 60622-1702 | | 409.00 | NA | NA | 0.00 |
| | State Collection Service 2509 S Stoughton Rd Madison, WI 53716-3 | | 0.00 | NA | NA | 0.00 |
| | United Revenue Corp 204 Billings St Ste 120 Arlington, TX 76010-2495 | | 0.00 | NA | NA | 0.00 |
| 1 | Capital One, N.A. | 7100-000 | NA | 931.13 | 931.13 | 931.13 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 44.91 | 44.91 | 44.91 |
| 3 | Ditech Financial Llc | 7200-000 | NA | 47,095.58 | 47,095.58 | 4,711.24 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,297.00 | $ 48,071.62 | $ 48,071.62 | $ 5,687.28 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-28918 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Anastacia Nava Lopez | | | | Date Filed (f) or Converted (c): | 10/16/2015 (c) |
| | | | | | 341(a) Meeting Date: | 11/24/2015 |
| For Period Ending: | 05/08/2017 | | | | Claims Bar Date: | 06/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 115 N Rose Ave, Addison, Il 60101-3427 | 175,257.00 | 0.00 | | 0.00 | FA |
| 2. Checking (Bmo Harris Bank) | 2,500.00 | 0.00 | | 0.00 | FA |
| 3. Household Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 5. Pension | 27,000.00 | 0.00 | | 0.00 | FA |
| 6. 2004 Chevrolet Impala 4Dr Sedan (3.4L 6Cyl 4A) | 1,911.00 | 0.00 | | 0.00 | FA |
| 7. 2009 Chevrolet Malibu Lt1 4Dr Sedan (2.4L 4Cyl 4A) | 2,077.00 | 588.00 | | 0.00 | FA |
| 8. BMO Harris Checking Account (u) Undisclosed (not disclosed in Schedules) Bank Account to which the Debtor testified to during her Meeting of Creditors; Trustee proceeded with a Motion for Turnover and Debtor turnovered all funds in that bank account pursuant to the Turnover Order. | 0.00 | 7,266.78 | | 7,266.78 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $209,345.00 | $7,854.78 | | $7,266.78 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee learned that the Debtor had an undisclosed bank account.
Pursuant to an Turnover Order, the Debtor had tendered the funds from that account to the Trustee.
The Trustee does not believe that there are any other assets to pursue.

Bar Date has expired with minimal claims having been filed. Trustee is reviewing debtor's schedule for valid claims and investigating other options to notify creditors that funds are available for distribution.

Trustee has received a tardy proof of claim that the Trustee is reviewing.   - Frank J. Kokoszka 1/17/2017

Trustee is awaiting entry of Order determining the Value of Secured Claim # 3  - Frank J. Kokoszka 2/22/2017



Initial Projected Date of Final Report (TFR): 12/30/2016          Current Projected Date of Final Report (TFR): 03/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-28918 | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|
| Case Name: | Anastacia Nava Lopez | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0157 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8444 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/08/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/04/16 | 8 | Debtor | Liquidation of Bank Account An undisclosed bank account was discovered during the 341 meeting, with the amount of $7266.78 on the date of petition. Debtor turned over said amount pursuant to a Motion for Turnover. | 1229-000 | $7,226.78 | | $7,226.78 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,216.78 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.69 | $7,206.09 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.33 | $7,195.76 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.66 | $7,185.10 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.65 | $7,174.45 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.29 | $7,164.16 |
| 10/25/16 | 8 | Debtor | Liquidation of Bank Account Deposit slip for Bank Deposit inadvertently was written for $7226.78 instead of $7266.78. Bank was notified and credit of $40 was added. | 1229-000 | $40.00 | | $7,204.16 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.63 | $7,193.53 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.31 | $7,183.22 |

Page Subtotals: $7,266.78 $83.56

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-28918 | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|
| Case Name: | Anastacia Nava Lopez | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0157 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8444 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/08/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.64 | $7,172.58 |
| 02/06/17 | 101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | $2.78 | $7,169.80 |
| 04/30/17 | 102 | Frank J. Kokoszka | Distribution | | | $1,482.52 | $5,687.28 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. ($1,476.68) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. ($5.84) | 2200-000 | | | |
| 04/30/17 | 103 | Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $931.13 | $4,756.15 |
| 04/30/17 | 104 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $44.91 | $4,711.24 |
| 04/30/17 | 105 | Ditech Financial Llc 2100 East Elliot Rd., Bldg. 94 Recovery Dept - T120 Tempe, Az 85284 | Final distribution to claim 3 representing a payment of 10.00 % per court order. | 7200-000 | | $4,711.24 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,266.78 | $7,266.78 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,266.78 | $7,266.78 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,266.78 | $7,266.78 |

Page Subtotals: $0.00   $7,183.22

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0157 - Checking | $7,266.78 | $7,266.78 | $0.00 |
|  | $7,266.78 | $7,266.78 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $7,266.78 |
| Total Gross Receipts: | $7,266.78 |